# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: AAMAGIN PROPERTIES
GROUP, L.L.C.

NO.   2022 CW 0839

OCTOBER 11, 2022

In Re:   WJ Belton Company, L.L.C., applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 700029.

BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.

WRIT DENIED.

VGW
JMG
EW

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT